849 A.2d 1134

Carlos Chico WOODS and The Islamic Community et al.

v.

Martin F. HORN, Secretary of Corrections, Raymond J. Colleran, Superintendent and the Department of Corrections, Appellees,

Appeal of Carlos Chico Woods.

Supreme Court of Pennsylvania.

May 26, 2004.

## ORDER

PER CURIAM:

AND NOW, this 26th day of May 2004, the Order of the Commonwealth Court is hereby AFFIRMED.